UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                           Case No.: 20-11578-JNP
Chapter: 7

Patrick L. Gannon                            Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on May 19, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$170,935.00  185 Cobbs Mill Road Bridgeton, NJ 08302

Liens on property:

$120,901.00  M&T Bank/KML Law Group, PC

Amount of Equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name:              Douglas S. Stanger

Address:           646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.      (609) 645-1881

```
                              United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                                    Case No. 20-11578-JNP
Patrick L. Gannon                                                                         Chapter 7
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                   Page 1 of 1                  Date Rcvd: Apr 13, 2020
                               Form ID: pdf905               Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             +Patrick L. Gannon,    14 Cohansey Friesburg Rd,    Bridgeton, NJ 08302-5563
518687477      +KML Law Group, PC,    701 Market St,   Suite 5000,    c/o M&T Bank,    Philadelphia, PA 19106-1541
518712579       LakeView Loan Servicing, LLC,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518687478      +M&T Bank,   PO BOX 62986,    Baltimore, MD 21264-2986
518687479       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518687481      +State Of New Jersey,    PO Box 1502,   Surcharge Violation System,    Moorestown, NJ 08057-9704
518687480      +State Of New Jersey,    P.O. Box 445,   Department Of Treasury,    Trenton, NJ 08695-0445
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 14 2020 01:22:58     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 14 2020 01:22:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518687471       E-mail/Text: bankruptcy@arvest.com Apr 14 2020 01:23:11     Arvest Bank,    PO Box 1640,
                 Lowell, AR 72745
518687472      +E-mail/Text: mrdiscen@discover.com Apr 14 2020 01:21:26     Discover FIN SVCS LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
518687473      +E-mail/Text: bankruptcy@fult.com Apr 14 2020 01:23:59     Fulton Bank,    PO BOX 4887,
                 Lancaster, PA 17604-4887
518687476      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 14 2020 01:21:54      IRS,    1601 Market St,
                 Philadelphia, PA 19103-2301
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518687474*       IRS,   PO Box 744,   Springfield, NJ 07081-0744
518687475*       IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 07081
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Seymour  Wasserstrum    on behalf of Debtor Patrick L. Gannon mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```